

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-97-00967-CV

**Texas General Indemnity Company**

**v.**

**Charles Eisler, Et Al**

NO. 94CV0977 IN THE 122ND DISTRICT COURT OF GALVESTON COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| OTHER | $10.00 | 02/14/2000 | PAID | ANT |
| MOTION FILED | $10.00 | 06/04/1998 | PAID | APE |
| OTHER | $10.00 | 01/06/1998 | PAID | APE |
| APPEAL | $125.00 | 09/16/1997 | PAID | ANT |
| CLERK RECORD | $1,055.00 | 09/12/1997 | UNKNOWN | ANT☐ |
| MOTION FILED | $10.00 | 01/06/1997 | PAID | APE |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,220.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this March 9, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**